**Deven CORZINE, Administrator of the Estate of Sarah Corzine, Deceased, Petitioner–Appellant,**

v.

**SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent–Appellee.**

No. 03–5130.

United States Court of Appeals, Federal Circuit.

July 22, 2003.

ORDER

The appeal having been docketed in error,

IT IS ORDERED:

That the appeal is DISMISSED.

**In re Paul N. SCHNIPELSKI, Leonard J. Seaberg, Charles C. Hinckley, Jeffrey A. Wellman, William H. Donish, and John B. Findlay**

No. 03–1374.

United States Court of Appeals, Federal Circuit.

July 24, 2003.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.